# PICK & ZABICKI LLP
## ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
E-mail: EZabicki@picklaw.net

June 21, 2018

Chambers of Hon. Mary Kay Vyskocil
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attention: Lynda Calderon, Courtroom Deputy

    Re:    *David Feldman - Chap. 11 - Case No. 17-12519 (MKV)*

            *Villanuevea, et al. v. Feldman – Adv. Proc. No. 17-01236 (MKV)*

Dear Ms. Calderon:

    This will confirm that the Pre-Trial Conference and Debtor's Motion Objecting to Claims by Wage Claimants in connection with the above-captioned cases scheduled to be held on **June 27, 2018 at 10:00 a.m.** have been adjourned to **August 22, 2018 at 10:00 a.m.**

Very truly yours,

Douglas J. Pick

cc:    Serene Nakano, Esq.
        Colin Mullholland, Esq.
        ECF Docket